IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JODY K. BUTTS,** | : Civil No. 1:22-cv-1285 |
| **Plaintiff,** | : |
| | : (Judge Sylvia H. Rambo) |
| v. | : |
| **YORK TRANSIT BUS,** | : |
| **Defendant.** | : |

## O R D E R

**AND NOW**, this 8th day of May, 2023, upon a review of Magistrate Judge Saporito's report and recommendation (Doc. 5) which recommends that this action be dismissed without prejudice for failure to pay the requisite filing and administrative fees, and noting that in November 2022, Plaintiff sought additional time to comply, but to date, Plaintiff has neither submitted a properly completed application to proceed *in forma pauperis* nor paid the required $402 filing and administrative fees to the Clerk of Court, and further, the court having satisfied itself that the Report and Recommendation is well reasoned and contains no clear error, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation (Doc. 5) is **ADOPTED**;

2) This action is **DISMISSED WITHOUT PREJUDICE**;

3) The Clerk of Court is **DIRECTED** to administratively close this case; and

4) Any appeal taken from this order is deemed frivolous and not in good faith.

s/Sylvia H. Rambo  
Sylvia H. Rambo  
United States District Judge